UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SHEDRICK JACKSON | CIVIL ACTION NO. 06-0605 |
| | SECTION "P" |
| -vs- | JUDGE DRELL |
| WARDEN COOPER, ET AL. | MAGISTRATE JUDGE KIRK |

JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED that Petitioner's civil rights complaint filed pursuant to 42 U.S.C. § 1983 seeking injunctive relief in the form of an order directing the State of Louisiana to provide him with free copies of his trial and plea transcripts be DENIED AND DISMISSED WITH PREJUDICE as frivolous pursuant to 28 U.S.C. § 1915 and § 1915A;

IT IS FURTHER ORDERED that Petitioner's *habeas corpus* petition filed pursuant to 28 U.S.C. § 2241 and § 2254 be DENIED AND DISMISSED WITH PREJUDICE as time-barred by the provisions of 28 U.S.C. § 2244(d).

SIGNED on this 26th day of July, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge